UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 14 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MELVIN MONTGOMERY # 220-831
D.C. JAIL          PETITIONER,
1901 D. St. S.E.

v.

U.S. PAROLE COMMISSION, ET AL.
5550 Friendship Boulevard
Chevy Chase, Md, 20815-7286

WARDEN WILLIAM J. SMITH
D.C. Jail
1901 D St. S.E.
Washington, D.C., 20003

Civil Action No, _____

CASE NUMBER 1:06CV02133
JUDGE: Colleen Kollar-Kotelly
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 12/14/2006

A WRIT OF HABEAS CORPUS
TO BE RELEAE IMMEDIATELY
FROM THE D.C. JAIL

THE PETITIONER, RESPECTFULLY REQUEST THIS HONARABLE COURT to issue AN COURT ORDER to the RESPONDENTS to RELEASE RECEIVED the D.C. Jail, because the petitioner's

RECEIVED
NOV 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

State sentence had expired and the U.S. Parole Commission "lacks" subject matter jurisdiction to hold the petitioner beyond his statutory release date, in violation of the "Separation of Power" doctrine.

### JURISDICTION

Jurisdiction is conferred upon this Court pursuant to title 28 U.S.C. § 2241 and 2243.

### STATEMENT OF THE CASE

Congress impermissibly had "delegated" judicial power to the U.S. Parole Commission, to issue arrest warrants to the U.S. Marshal Services to redetain D.C. Code offenders back into the custody of the D.C. Jail, without an official Judgment and Commitment Order, nor Judicial Summon to appear in Court, as

required by the Criminal Procedural Rule No. 32.1.

The Criminal Rule No. 32.1 grants permission to a "Magistrate Judge" to hold a probable cause hearing in a reasonable time period, and nothing states that the U.S. Parole Commission have jurisdiction over this matter. The D.C. Code § 24-109 grants judicial power to official Article III Judges to hold "Revocation Hearings" and <u>not the U.S. Parole Commission</u>. D.C. Code § 11-923 grants judicial power to State Judges to resolve <u>cases</u> and <u>controversy</u>, but does not grants authority to the U.S. Parole Commission to adjudicate any cases for resolution at all. See <u>U.S. v. Miller</u>, 77 F.3d 71.

-3-

The petitioner now "PROTEST" the Constitutionality Statutes Legistralated by Congress, which Title 18 U.S.C. § 3583 (d) thru (I), D.C. Code § 24-131 and 24-406 should be declared unconstitutional. This above statutes had ran an "ENCHROACHMENT" on the Judicial Branch, causing State Judges to "Relinquish" their act of duties and Jurisdiction over D.C. Code Offenders "Post-Supervision Term (Parole and Supervised Release).

The petitioner further "Protest" Congress Eleanor Holmes-Norton signing a Legistralated "Bill" EXTENDING the Parole Commission's authority to Function in capacity for an "Article III Judge", after being declared "ABOLISHED" in 1992, by the Supreme Court Judges.

-4-

See *U.S. v. Mistretta*, 488 U.S. 361, and see also, *U.S. v. Estrada*, 680 F. Supp. 1312, 1338 (D.Minn 1988) (declaring the Parole Commission abolished).

The "Federal Question" now comes before this Honorable Court, is whether Congress has surpassed a Supreme Court set precedent ruling to be "White-Washed" and "Over-Turned?" The proper procedure was the Supreme Court Judges must over-turned their own ruling, and not Congress to "Over-Throw" the law.

Congress "insidiously" misconduct is so "Naked" in the face of this Court, for violating the "Separation of Power" doctrine and a Government's Opposition Motion will be "Futile To Cover-Up" Congress Injustice.

-5-

## FACTS TO THIS CASE

The petitioner was arrested and charged with two (2) criminal offenses in the Superior Court for the District of Columbia, in which he was sentenced in 1986 to serve a prison term of 4 to 12 years. The petitioner, was release on parole 1990, violated parole in the year of 1992 and the Parole Commission had "re-sentenced" him to 0 years. A state judge had sentenced the petitioner to 2 to 6 on the second charge in the year of 1999, but the Department of Correction had ranned his sentence "consecutive". The petitioner's sentence was "revoked" again and the Parole Commission had re-sentenced him to 46 months, made him report to an impatience drug treatment program for 3 months and

- 6 -

the petitioner had loss 8 years of "Street-Time Credits."

## ARGUMENT

The petitioner sentence did had expired in the year of 1998. His criminal offense punishment started 1986, before the U.S. v. Noble, cases was ever decided after 1987, for the taken of Street Time Credit. The U.S. v. Noble, case did not discuss the Separation of Power issue and the D.C. Code 24-221.03 compel state judges to award Street Time Credits back to parolee. The petitioner had suffered an "Ex Post Facto" violation herein. See Weaver v. Graham, ___ U.S. ___.

The Fourth Circuit Judges was squarely faced with the same above issue, whether a Federal Judge can

-7-

exceed pass the maximum sentence, when imposing a supervised release term. "That answer was no!" See U.S. v. Thorne, 153 F. 130 (4th Cir. 1999). Also, Judge Gladys Kessler was squarely faced with the same above issue, whether his probation officer can expand the maximum supervised release term? That answer was also no. See U.S. v. Taylor, Criminal No. 97-0035, decided on Feb. 4th, 2005.

Furthermore, a parole official is an "Executive" officials, un-license judge to revoke a sentence, taking of street-time at all, can't set the full term of drug testing, hold a person in custody, run a sentence consecutive nor make the final resolution on a person sentence.

-8-

See U.S. v. Johnson, 48 F.3d 806, 807-08 (4th Cir. 1995), see also, U.S. v. Menlendez-Santana, 353 F.3d ____.

The only authority that the U.S. Parole Commission have is to file a "Recommendation" Report to a Sentence Judge, to issue a Judicial Summon and Show Cause Hearing.

It is on the Court and Respondents to show cause that the U.S. Parole Commission has not performed a Judicial Function in this case.

## CONCLUSION

The petitioner respectfully request that this writ be granted as expediously.

Dated: 11-04-2006

-9-

Respectfully submitted

Melvin A. Montgomery
MELVIN MONTGOMERY
#220-831
D.C. Jail
1901 D. St. S.E.
Wash. D.C., 20003

Counsel for Record
Milton J. Taylor #202-514
1901 D. St. S.E.
D.C. Jail
Wash. D.C., 20003  -Fed.No. 04793-016

JS-44
(Rev.1/05 DC)

CIVIL COVER SHEET

06-2133
CKK

**I (a) PLAINTIFFS**

Melvin Montgomery

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 11001
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

#226-831

**DEFENDANTS**

U.S. Parole Commission, et al.,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

CASE NUMBER  1:06CV02133
JUDGE: Colleen Kollar-Kotelly
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 12/14/2006

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENS FOR PLAINTIFF**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

☐ **A. Antitrust**
☐ 410 Antitrust

☐ **B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☐ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

☐ **E. General Civil (Other) OR  ☐ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

4

| ☒ G. *Habeas Corpus/ 2255*<br>☒ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC 2241

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐    DEMAND $ 0    Check YES only if demanded in complaint  JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☒ NO  If yes, please complete related case form.

DATE 12.14.06    SIGNATURE OF ATTORNEY OF RECORD  NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd