UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 Constitution Ave. N.W.
Wash. D.C. 20001

**FILED**
DEC 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MELVIN MONTGOMERY #DCDC 220-831
D.C. Jail   PETITIONER,
1901 D. St. SE.
WASH., D.C., 20003

06 2133

V.

U.S. PAROLE COMMISSION ET.AL
  RESPONDENTS
5550 Friendship Boulevard
Chevy Chase, Md, 20815-7286

WARDEN WILLIAM J. SMITH
D.C. Jail

RECEIVED
NOV 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION TO PROCEED INFORMAL PAUPERIS

I, Melvin Montgomery, hereby states that I am a prose indigent person confine at the D.C. Jail, without funds to pay court cost, I don't have no pension, Bank Account, or other means to pay court cost. ⟶ TURN ON BACK

2

I, solemnly declare under penalty and perjury that all statements are true and correct.

*Melvin A. Montgomery*
MELVIN MONTGOMERY

Executed on this 4th, day of 2006.

**RECEIVED**
NOV 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT