**FILED**
DEC 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MELVIN MONTGOMERY, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>U.S. PAROLE COMMISSION, et al., )<br>)<br>Respondents. )<br>) | Civil Action No. **06 2133** |

### ORDER

This matter comes before the Court upon review of Petitioner's application to proceed *in forma pauperis* and his *pro se* petition for a writ of habeas corpus. It is hereby

ORDERED that the application to proceed *in forma pauperis* is GRANTED.

*Gladys Kessler*
United States District Judge

DATE: Dec. 13, 2006