U.S. Department of Justice
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
US Parole Commission
5550 Friendship Blvd.
Chevy Chase, MD 20815-7286

Civil Action, File Number __06-2133 CKK__

__Melvin Montgomery__

V.

__US Parole Commission, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, **AND RETURN COPIES 1 AND 2** to the sender within

06-2133    12-18-06    727

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>U.S. Parole Comm.<br>5550 Friendship Blvd.<br>Chevy Chase, MD<br>20815-7286 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br>[BETHESDA DEC 19 6 USPS postmark]<br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☒ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7004 1160 0004 4136 8465 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

If you are served on behalf of a corporation, ur signature your relationship to that entity. If indicate under your signature your authority.

days, you (or the party on whose behalf you plaint in any other manner permitted by law.

behalf you are being served) must answer the it by default will be taken against you for the

t of Summons and Complaint By Mail was

MS Official)

COMPLAINT

complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

**RECEIVED**
DEC 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT