# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MELVIN MONTGOMERY,  :
   Petitioner   :
         :  **Civil Action No. 06-02133 (CKK)**
   v.     :
         :
U. S. PAROLE COMMISSION, et.al., :
   Respondents  :

## NOTICE OF APPEARANCE

   The United States of America, by and through its attorney, the United States Attorney for the

District of Columbia, hereby informs the Court that Assistant United States Attorney Sherri L.

Berthrong is counsel of record on behalf of the United States in the above-captioned case.

         Respectfully submitted,

         JEFFREY A. TAYLOR
         United States Attorney
         D.C. Bar Number 498-610

          /s/ Robert D. Okun

         ROBERT D. OKUN
         Assistant United States Attorney
         Chief, Special Proceedings Division
         D.C. Bar Number 457-078

          /s/ Sherri L. Berthrong

         SHERRI L. BERTHRONG
         Assistant United States Attorney
         D.C. Bar No. 249-136
         Sherri.Berthrong@usdoj.gov
         Special Proceedings Division
         555 4th Street, N.W., Room 10-450
         Washington, D.C. 20530
         (202) 514-6948

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the instant notice has been filed electronically with the Court and served by mail upon the petitioner, Melvin Montgomery, DCDC No. 220-831, D.C. Central Detention Facility, 1901 D. Street, S.E., Washington, D.C. 20003, this 13th day of January, 2007.

    /s/ Sherri L. Berthrong
Sherri L. Berthrong
Assistant United States Attorney
