# THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MELVIN MONTGOMERY, | : | |
| Petitioner, | : | |
| v. | : | |
| U.S. PAROLE COMMISSION, | : | 06CV02113(CKK) |
| Respondent | : | |
| WARDEN WILLIAM J. SMITH, *Warden, D.C. Jail* | : | |
| Respondent | : | |

## DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO EXTEND THE TIME TO FILE A RESPONSE TO PETITIONER'S WRIT OF HABEAS CORPUS

Defendant District of Columbia (the "District"), by and through undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby moves this Honorable Court to extend the time to file a response to the Petitioner's Writ of Habeas Corpus until January 31, 2007. A Memorandum of Points and Authorities, along with a proposed Order, is attached hereto.

Pursuant to LCvR 7.1, on January 29, 2007, undersigned counsel attempted to contact the *pro se* plaintiff to seek his consent to the relief requested herein. The Undersigned was unable to speak with the plaintiff.

                                        Respectfully submitted,

                                        LINDA SINGER
                                        Acting Attorney General for the
                                        District of Columbia

                                        GEORGE C. VALENTINE
                                        Deputy Attorney General,
                                        Civil Litigation Division

                                                                  /s/
                              PHILLIP A. LATTIMORE, III [422968]
                              Chief, General Litigation Sec. III

                                               /s/
                              JAMES H. VRICOS [474026]
                              Assistant Attorney General
                              441 Fourth Street, N.W.
                              Sixth Floor South
                              Washington, D.C. 20001
                              (202) 724-6600
                              (202) 727-3625 (fax)
                              E-mail: James.Vricos@dc.gov


## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY on this 30th day of January, 2007, that a copy of the foregoing Motion, Memorandum of Supporting Points and Authorities and proposed order was sent via first class mailed postage prepaid, and via the U.S. District Court's electronic notification service, to:

Melvin Montgomery, # 220-831
D.C. Jail
1901 D Street, S.E.
Washington D.C. 20003

                                              /s/
                              James H. Vricos
                              Assistant Attorney General

THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MELVIN MONTGOMERY, | : | |
| Petitioner, | : | |
| v. | : | |
| U.S. PAROLE COMMISSION, | : | 06CV02113(CKK) |
| Respondent | : | |
| WARDEN WILLIAM J. SMITH,<br>*Warden, D.C. Jail* | : | |
| Respondent | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES SUPPORTING DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO EXTEND THE TIME TO FILE A RESPONSE TO PETITIONER'S WRIT OF HABEAS CORPUS**

Defendant District of Columbia (the "District"), by and through undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby moves this Honorable Court to extend the time to file a response the Petitioner's Writ of Habeas Corpus until January 31, 2007. As grounds therefore, the District states as follows:

1. On December 28, 2006, after the filing of the Petitioner's filing of proof of service upon Warden William J. Smith of Petitioner's Writ of Habeas Corpus, the Court set a due date for the District's response of January 16, 2207.

2. Notice of this writ and the corresponding deadline was not received by the Undersigned until January 22, 2007, which was probably due to the manner in which cases are received and administratively processed and documented in this office.

3. Undersigned counsel had to attend several previously scheduled depositions during the week of January 22, 2007.

WHEREFORE, for the foregoing reasons, the District requests that this enlargement be granted, and that the due date for its Response be extended to January 31, 2007.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

_____/s/_____
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

2

## THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MELVIN MONTGOMERY, | : | |
| Petitioner, | : | |
| v. | : | |
| U.S. PAROLE COMMISSION, | : | 06CV02113(CKK) |
| Respondent | : | |
| WARDEN WILLIAM J. SMITH, *Warden, D.C. Jail* | : | |
| Respondent | : | |

**ORDER**

Upon consideration of the District's Motion to Extend the Time to File a Response to the Petitioner's writ of Habeas Corpus, and the facts and law considered, it is hereby,

ORDERED: The District of Columbia shall have until January 31, 2007, to file its response.

So ORDERED this _____ day of _____, 2007

_____
Judge Colleen Kollar-Kotelly

copies to:

Melvin Montgomery, # 220-831
D.C. Jail
1901 D Street, S.E.
Washington D.C. 20003

Via electronic filing:
James H. Vricos, Esq.