### THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MELVIN MONTGOMERY,                    :

                Petitioner,          :

                v.                   :

U.S. PAROLE COMMISSION,               :          06CV02113(CKK)

                Respondent          :

WARDEN WILLIAM J. SMITH,              :
*Warden, D.C. Jail*
                Respondent          :

### RESPONSE BY WARDEN WILLIAM J. SMITH TO PETITIONER'S WRIT OF HABEAS CORPUS

The District of Columbia (the "District") on behalf of Warden William J. Smith files this response to the Petitioner's Writ of Habeas Corpus, which was forwarded to the Office of the Attorney General.  In support of its response, the District states as follows:

Petitioner has filed a writ which, to the extent that it can be understood, attacks the lawfulness of the actions of the United States Parole Commission ("USPC"). According to the Petition, Petitioner was convicted of two criminal offenses and sentenced to prison terms of four to twelve years and two to six years. He was then released in 1990 and violated his parole in 1991.  The Petitioner seems to argue that at some point after this parole violation and his resulting incarceration, the USPC denied him the proper amount "street- time credit." (Petition at Page 7.)  He is currently incarcerated at the District of Columbia Jail.

The petition contains no claim or allegation of wrongdoing by any District of Columbia respondents. Further, even had the petition alleged wrongdoing by the District or one of its agents, the District no longer possesses the legal authority to provide a remedy for such wrongdoing. As a legal and practical matter, the District of Columbia Board of Parole no longer exists pursuant to the National Capital Revitalization and Self-Government Improvement Act of 1997, ("Revitalization Act") Pub. L. 105-33, D.C.Code § 24-101-131 (2001). That Act transferred the authority of the DC Board of Parole to the USPC to conduct parole hearings and re-hearings. The effective date of this change was August 5, 2000. Therefore, the District does not possess the legal authority to provide petitioner any relief.

Because there is no allegation of wrong doing on the part of the District and because the USPC is the entity that now possesses the legal authority to address issues such as those raised by the Petitioner, the District respectfully defers to the Office of the United States Attorney in this matter. Accordingly, this petition should be dismissed as to the District of Columbia.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

_____/s/_____
JAMES H. VRICOS [474026]

2

Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Response was mailed postage prepaid on this _30th___day of __January_____, 2007.

Melvin Montgomery, # 220-831
D.C. Jail
1901 D Street, S.E.
Washington D.C. 20003

                              _____/s/_____
                              James H. Vricos
                              Assistant Attorney General, D.C.

**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

MELVIN MONTGOMERY,                          :

                Petitioner,                :

                v.                               :

U.S. PAROLE COMMISSION,                   :          06CV02113(CKK)

                Respondent               :

WARDEN WILLIAM J. SMITH,
*Warden, D.C. Jail*
                Respondent               :

**ORDER**

      Upon consideration of the petition for the writ of habeas corpus, the response thereto and the record herein, it is by the Court this _____ day of _____ 2007,

      Ordered: That the petition for the Writ of Habeas Corpus shall be and the same is hereby DENIED as to the William J. Smith; it is,

                                  _____
                                    JUDGE

Copies to:

James H. Vricos
Assistant Attorney General
441-4th Street NW, 6th Floor South
Washington, DC  20001

Melvin Montgomery, # 220-831
D.C. Jail
1901 D Street, S.E.
Washington D.C. 20003