UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVIN MONTGOMERY, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>U.S. PAROLE COMMISSION, et al., )<br>)<br>Respondents. )<br>) | Civil Action No. 06-2113 (CKK) |

ORDER

In accordance with the Memorandum Opinion issued this 26th day of April, 2007, it is

ORDERED that the petition for a writ of habeas corpus is DENIED. It is

FURTHER ORDERED that the case is DISMISSED.

/s/
_____
COLLEEN KOLLAR-KOTELLY
United States District Judge